

120 West 45th Street, Suite 405, New York, NY 10036
Telephone (212) 688 – 3025   Facsimile (212) 688 - 3040

Christopher B. Hitchcock
Telephone Ext.: 109
Email: chitchcock@hitchcockcummings.com

May 22, 2012

**Delivered via ECF**

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    Charlene Patrick v. Allied Interstate, Inc.
            Case No.: 12-CV-1969

Dear Judge Townes:

    We represent the defendant, Allied Interstate, Inc. ("Allied"), in the above-referenced matter. Enclosed for Your Honor's consideration is a stipulation to extend Allied's time to respond to the complaint up to and including June 22, 2012.

    Thank you for the Court's consideration with respect to the foregoing.

                                    Respectfully Submitted,

                                    *S/ Christopher B. Hitchcock  /*

                                    Christopher B. Hitchcock

cc:    Maxim Maximov, Esq. (Via ECF)
       *Attorney for Plaintiff*