UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
CHARLENE PATRICK on behalf of herself and
all others similarly situated,

            Plaintiff,

  -against-

ALLIED INTERSTATE, INC.,

            Defendant.

-----------------------------------------------------------------------------X

**Case No.: 12-CV-1969**

**STIPULATION AND <u>ORDER</u>**

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that the time for defendant, to respond to plaintiff's summons and complaint herein be, and same hereby is, extended up to and including June 22, 2012.

Dated: New York, New York
    May 22, 2012

| HITCHCOCK & CUMMINGS, LLP | MAXIM MAXIMOV & ASSOCIATES |
|---|---|
| By: *S/Christopher B. Hitchcock /*<br>  Christopher B. Hitchcock, Esq.<br>*Attorneys for Defendant*<br>120 West 45th Street, Suite 405<br>New York, New York 10036<br>Telephone: (212) 688-3025 | By: *S/ Maxim Maximov /*<br>  Maxim Maximov, Esq.<br>*Attorney for Plaintiff*<br>1600 Avenue M, 2nd Floor<br>Brooklyn, New York 11230<br>Tel: (718) 395-3459<br>Fax: (718) 395-3459 |

            SO ORDERED:

            _____
                U.S.D.J.